# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

Jaime Velazquez, )
_____ )
*Plaintiff,* )
v. ) Civil Action No.    1:20-cv-03116-SVH
Commissioner of Social Security Administration, )
_____ )
*Defendant.* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),

which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with

costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other:  the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and

the action is remanded for further administrative proceedings.


This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, presiding, who reversed the decision of
the Commissioner and remanded the action for further administrative proceedings.


Date:   June 21, 2021                              *CLERK OF COURT*

                                                   s/M. Nason
                                       _____
                                           *Signature of Clerk or Deputy Clerk*